# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PARKER LEE GRAY HAWK,<br><br>Defendant. | Case No. CR 25-83-GF-BMM<br><br>**ORDER** |

Defendant Parker Gray Hawk, having filed an Unopposed Motion to Appear via Video (Zoom) for Arraignment; IT IS HEREBY ORDERED the Defendant, Parker Lee Gray Hawk may appear via video using Zoom for the Arraignment, currently scheduled for August 19, 2025, at 10:00 a.m.

DATED this <u>19th</u> day of August, 2025.

_____
John Johnston
United States Magistrate Judge

1