IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PARKER LEE GRAY HAWK, <br><br><br> Defendant. | Case No. 4:25-cr-00083-BMM <br><br><br><br> **ORDER** |

Pending before the Court is the motion of the United States (Doc. 59) to amend the Judgment in a Criminal Case (Doc. 54). For good cause shown,

IT IS ORDERED that the motion is granted. An amended judgment will be entered incorporating the requested corrections.

DATED this 27th day of May 2026.

_____
Brian Morris
United States District Court Judge